UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:23-cv-00395

**Timothy Brian Murphy,**
*Plaintiff,*

v.

**Major Brenda J. Coleman-Clanton,**
*Defendant.*

# FINAL JUDGMENT

The court, having considered plaintiff's action, hereby enters judgment that all claims in the matter are dismissed without prejudice. All pending motions are denied as moot. The clerk of court is directed to close this case.

*So ordered by the court on July 19, 2024.*

J. CAMPBELL BARKER
United States District Judge